UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIKHAIL MEEROVICH,

                              Plaintiff,

   -against-

BIG APPLE INSTITUTE INC., and
BRONISLAV LEYDIKER,

                            Defendants.
-----------------------------------------------------------------X

Case No.: 1:22-cv-7625 (DLI) (LB)

**NOTICE OF APPEAL**

     Notice is hereby respectfully given that Mikhail Meerovich, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Hon. Dora L. Irrizary, U.S.D.J. ("Judge Irrizary") dated March 27, 2024 in its entirety.

Dated: Jamaica, New York
         April 25, 2024

                                        Respectfully submitted,
                                        **SAGE LEGAL LLC**
                                        By:   */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Attorneys for Plaintiff*
                                        *Mikhail Meerovich*

**VIA ECF**
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*

APPEAL,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:22–cv–07625–DLI–LB

| | |
|---|---|
| Meerovich v. Big Apple Institute, Inc. et al<br>Assigned to: Judge Dora Lizette Irizarry<br>Referred to: Magistrate Judge Lois Bloom<br>Cause: 29:201 Fair Labor Standards Act | Date Filed: 12/15/2022<br>Date Terminated: 03/28/2024<br>Jury Demand: Plaintiff<br>Nature of Suit: 710 Labor: Fair Standards<br>Jurisdiction: Federal Question |

**Plaintiff**

**Mikhail Meerovich**     represented by     **Emanuel Kataev**
Milman Labuda Law Group PLLC
3000 Marcus Avenue
Suite 3W8
Lake Success, NY 11042
516–328–8899
Fax: 516–328–0082
Email: emanuel@sagelegal.nyc
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Akilov**
Mark Akilov
14744 Jewel Avenue
Flushing, NY 11367
646–361–6274
Email: makilov1@gmail.com
*TERMINATED: 04/26/2024*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Big Apple Institute, Inc.**     represented by     **George Sitaras**
Sitaras & Associates, PLLC
200 Liberty Street
27th Floor
New York, NY 10281
212–430–6410
Email: George@Sitaraslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerasimos Dimitrios Liberatos**
200 Liberty Street, 27th Floor
New York, NY 10281
646–597–4625
Email: liberatos@sitaraslaw.com
*ATTORNEY TO BE NOTICED*

**Yi–Hsin Wu**
200 Liberty Street, 27th Floor
New York, NY 10281
929–330–6147
Email: yiwu2@law.cardozo.yu.edu
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bronislav Leydiker**     represented by

**George Sitaras**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerasimos Dimitrios Liberatos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yi–Hsin Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2022 | 1 | COMPLAINT against Big Apple Institute, Inc., Bronislav Leydiker filing fee $ 402, receipt number ANYEDC–16232310 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Mikhail Meerovich. (Akilov, Mark) (Entered: 12/15/2022) |
| 12/16/2022 | | Notice: Re: Incomplete Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. Please resubmit corrected Civil Cover Sheet. This event can be found under the event Other Documents – Proposed Summons/Civil Cover Sheet. (SR) (Entered: 12/16/2022) |
| 12/16/2022 | 2 | Civil Cover Sheet.. by Mikhail Meerovich (Akilov, Mark) (Entered: 12/16/2022) |
| 12/19/2022 | 3 | Proposed Summons. by Mikhail Meerovich (Akilov, Mark) (Entered: 12/19/2022) |
| 12/19/2022 | 4 | Proposed Summons. by Mikhail Meerovich (Akilov, Mark) (Entered: 12/19/2022) |
| 12/20/2022 | | Case Assigned to Judge Dora Lizette Irizarry and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (KD) (Entered: 12/20/2022) |
| 12/20/2022 | 5 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (KD) (Entered: 12/20/2022) |
| 12/20/2022 | 6 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (KD) (Entered: 12/20/2022) |
| 12/20/2022 | 7 | Summons Issued as to Big Apple Institute, Inc., Bronislav Leydiker. (Attachments: # 1 Summons) (KD) (Entered: 12/20/2022) |
| 03/13/2023 | 8 | SUMMONS Returned Executed by Mikhail Meerovich. Mikhail Meerovich served on 3/7/2023, answer due 3/28/2023. (Akilov, Mark) (Entered: 03/13/2023) |
| 03/28/2023 | 9 | NOTICE of Appearance by George Sitaras on behalf of Big Apple Institute, Inc., Bronislav Leydiker (aty to be noticed) (Sitaras, George) (Entered: 03/28/2023) |
| 03/28/2023 | 10 | NOTICE of Appearance by Gerasimos Dimitrios Liberatos on behalf of All Defendants (aty to be noticed) (Liberatos, Gerasimos) (Entered: 03/28/2023) |
| 03/28/2023 | 11 | NOTICE of Appearance by Yi–Hsin Wu on behalf of Big Apple Institute, Inc., Bronislav Leydiker (aty to be noticed) (Wu, Yi–Hsin) (Entered: 03/28/2023) |
| 03/28/2023 | 12 | STIPULATION *Extending Defendants' Time to Answer* by Big Apple Institute, Inc., Bronislav Leydiker (Wu, Yi–Hsin) (Entered: 03/28/2023) |

| | | |
|---|---|---|
| 04/03/2023 | | ORDER: The Court so–orders the parties' stipulation to extend the time for defendants to respond to plaintiff's complaint. ECF No. 12 . Defendants shall respond to plaintiff's complaint by April 28, 2023. Ordered by Magistrate Judge Lois Bloom on 4/3/2023. (VP) (Entered: 04/03/2023) |
| 05/02/2023 | | Order re: Failure to Respond to the Complaint –– Despite having been given additional time to respond to the complaint by the magistrate judge, Defendants, which are represented by counsel, completely ignored the April 28, 2023 deadline. Defendants are admonished for failing to comply with Court orders. Accordingly, Defendants are directed to respond to the complaint no later than Monday, May 8, 2023. Failure to comply may result in sanctions and the Court directing the Clerk of the Court to enter a notation of default against Defendants. SO ORDERED by Judge Dora Lizette Irizarry on 5/2/2023. (CC) (Entered: 05/02/2023) |
| 05/02/2023 | 13 | Second MOTION for Extension of Time to File *Answer or Otherwise Respond to Complaint* by Big Apple Institute, Inc., Bronislav Leydiker. (Liberatos, Gerasimos) (Entered: 05/02/2023) |
| 05/03/2023 | | ORDER: Defendants request, with plaintiff's consent, to extend the time to respond to the complaint. ECF No. 13 . The request is granted. Defendants shall respond to the complaint by May 12, 2023. Ordered by Magistrate Judge Lois Bloom on 5/3/2023. (EW) (Entered: 05/03/2023) |
| 05/12/2023 | 14 | First MOTION to Dismiss *the Complaint* by Big Apple Institute, Inc., Bronislav Leydiker. (Attachments: # 1 Declaration of Bronislav Leydiker, # 2 Exhibit A–Support Staff Employment Agreement, # 3 Declaration of Gerasimos Liberatos, Esq., # 4 Exhibit B – Complaint, # 5 Memorandum in Support of Motion to Disimiss) (Liberatos, Gerasimos) (Entered: 05/12/2023) |
| 05/24/2023 | 15 | Consent MOTION for Extension of Time to File *opposition papers to Defendants' motion* by Mikhail Meerovich. (Akilov, Mark) (Entered: 05/24/2023) |
| 06/01/2023 | | ORDER granting 15 Motion for Extension of Time to File –– As an initial matter, Plaintiff's request for an extension of time to respond to Defendants' motion to dismiss the complaint should have been made **three** days prior to the deadline not two days as was done here in violation of this Court's rules. Nonetheless, as the request is made with the consent of Defendants, it is granted. Plaintiff's response shall be filed June 26, 2023 and Defendants' reply shall be filed on July 11, 2023. The parties are reminded that they must forward to chambers one hard courtesy copy of their submissions immediately upon filing. SO ORDERED by Judge Dora Lizette Irizarry on 6/1/2023. (Irizarry, Dora) (Entered: 06/01/2023) |
| 06/26/2023 | 16 | MEMORANDUM in Opposition re 14 First MOTION to Dismiss *the Complaint* filed by Mikhail Meerovich. (Akilov, Mark) (Entered: 06/26/2023) |
| 06/26/2023 | 17 | AFFIDAVIT/DECLARATION in Opposition re 14 First MOTION to Dismiss *the Complaint of Plaintiff* filed by Mikhail Meerovich. (Akilov, Mark) (Entered: 06/26/2023) |
| 07/05/2023 | 18 | Consent MOTION for Extension of Time to File Response/Reply *in Further Support of Motion to Dismiss* by Big Apple Institute, Inc., Bronislav Leydiker. (Liberatos, Gerasimos) (Entered: 07/05/2023) |
| 07/25/2023 | 19 | REPLY in Support *of Motion to Dismiss* filed by All Defendants. (Liberatos, Gerasimos) (Entered: 07/25/2023) |
| 08/18/2023 | | ORDER finding as moot 18 Motion for Extension of Time to File Response –– The response to the motion was filed on the date requested. SO ORDERED by Judge Dora Lizette Irizarry on 8/18/2023. (Irizarry, Dora) (Entered: 08/18/2023) |
| 03/27/2024 | 20 | ORDER granting 14 Defendant's Motion to Dismiss –– For the reasons set forth in the ATTACHED WRITTEN MEMORANDUM AND ORDER, as the Court finds the forum selection clause valid and enforceable, Defendants' motion to dismiss is granted without prejudice to refiling in New York State Supreme Court, Kings County and the Court need not reach Defendants' motion to compel mediation and arbitration.The Clerk of the Court is directed to close this case. SO ORDERED by Judge Dora Lizette Irizarry on 3/27/2024. (Irizarry, Dora) (Entered: 03/27/2024) |

| | | |
|---|---|---|
| 03/28/2024 | 21 | CLERK'S JUDGMENT: that Defendants' motion to dismiss is granted without prejudice to refiling in New York State Supreme Court, Kings County and the Court need not reach Defendants motion to compel mediation and arbitration. Signed by Deputy Clerk, Jalitza Poveda, on behalf of Clerk of Court, Brenna B. Mahoney, on 3/28/2024. (JP) (Entered: 03/28/2024) |
| 04/25/2024 | 22 | Letter MOTION to Substitute Attorney *for Plaintiff* by Mikhail Meerovich. (Attachments: # 1 Proposed Order – Stipulation of Substitution of Counsel) (Kataev, Emanuel) (Entered: 04/25/2024) |
| 04/25/2024 | 23 | NOTICE of Appearance by Emanuel Kataev on behalf of Mikhail Meerovich (notification declined or already on case) (Kataev, Emanuel) (Entered: 04/25/2024) |
| 04/25/2024 | 24 | NOTICE OF APPEAL as to 21 Clerk's Judgment, 20 Order on Motion to Dismiss,, by Mikhail Meerovich. Filing fee $ 605, receipt number ANYEDC–17810802. (Kataev, Emanuel) (Entered: 04/25/2024) |
| 04/26/2024 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 24 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 04/26/2024) |
| 04/26/2024 | | ORDER: Attorney Emanuel Kataev's motion to substitute counsel for plaintiff, ECF No. 22 , is granted. The Clerk of Court is respectfully directed to terminate attorney Mark Akilov from the docket. Ordered by Magistrate Judge Lois Bloom on 4/26/2024. (EW) (Entered: 04/26/2024) |