# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

May 14, 2024

**VIA ECF**
United States Court of Appeals
for the Second Circuit
<u>Attn</u>: Case Manager
40 Foley Square
New York, NY 10007

    *Re:*    **Meerovich v. Big Apple Institute, Inc.,** *et ano.*
             **Docket No.: 24-1149**

Dear Sir or Madam, and may it please the Court:

    This firm represents Plaintiff-Appellant Mikhail Meerovich ("Appellant") in the above-referenced appeal. Appellant respectfully submits this letter to advise the Court of the date by which the Appellants' Appendix and Brief will be filed. Please be advised that, on behalf of the Appellant, we will be filing the Appendix and Brief in the above-referenced appeal by Thursday, August 8, 2024. Appellant thanks this Court for its time and attention to this appeal.

Dated: Jamaica, New York
       May 14, 2024                    Respectfully submitted,

                                              **SAGE LEGAL LLC**
                                              */s/ Emanuel Kataev, Esq.*
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              *Attorneys for Plaintiff-Appellant*
                                              *Mikhail Meerovich*

**VIA ECF**
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants-Appellees*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*