**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 16, 2024
Docket #: 24-1149
Short Title: Meerovich v. Big Apple Institute, Inc.

DC Docket #: 1:22-cv-7625
DC Court: EDNY (BROOKLYN)
Trial Judge - Dora L. Irizarry

### ACKNOWLEDGMENT AND NOTICE OF APPEARANCE DEFAULT NOTICE

Pursuant to Second Circuit Local Rule 12.3, the appellee / respondent's counsel Acknowledgment and Notice of Appearance was due on May 14, 2024. The Court has not received the Acknowledgment and Notice of Appearance on behalf of appellee / respondent's counsel.

If appellee / respondent's counsel does not file an Acknowledgment and Notice of Appearance within 14 days of the date of this notice, when the appeal is placed on the calendar, appellee / respondent's counsel will not be heard at oral argument except by permission of the Court.

Inquiries regarding this case may be directed to 212-857-8503.