UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of June, two thousand twenty-four,

_____

Mikhail Meerovich,

    Plaintiff - Appellant,

v.

Big Apple Institute, Inc., Bronislav Leydiker,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 24-1149

    Appellee's Big Apple Institute, Inc. and Bronislav Leydiker submission of a Acknowledgment and Notice of Appearance does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

    IT IS HEREBY ORDERED that the said Acknowledgment and Notice of Appearance is stricken from the docket.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

