

From the Desk of George Sitaras, Esq.
Email: george@sitaraslaw.com
Bar Admissions: Second Circuit, New York, New Jersey

August 22, 2024

**VIA ECF**
Catherine O'Hagan Wolfe, Clerk of Court
United States Court of Appeal for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        **Re:**    *Mikhail Meerovich v.*
                    *Big Apple Institute Inc. et al.*,
                    Second Circuit Docket No. 24-1149
                    <u>Local Rule 31.2 Scheduling Notification Letter</u>

Dear Ms. O'Hagan Wolfe:

      We are attorneys for appellees Big Apple Institute Inc. and Bronislav Leydiker ("Appellees") in the referenced appeal. We write pursuant to Local Rule 31.2(a)(1)(A) to respectfully request until November 7, 2024, for Appellees to submit their brief.

                                                                       Respectfully submitted,

                                                                       <u>/s/ George Sitaras</u>

                                                                       George Sitaras, Esq.

cc: All Appearing Parties (via ECF)