# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

September 5, 2024

<u>VIA ACMS</u>
United States Court of Appeals
for the Second Circuit
<u>Attn</u>: Case Manager
40 Foley Square
New York, NY 10007

   *Re:* **Meerovich v. Big Apple Institute, Inc.,** *et ano.*
      <u>**Docket No.: 24-1149**</u>

Dear Sir or Madam, and may it please the Court:

  This firm represents Plaintiff-Appellant Mikhail Meerovich ("Appellant") in the above-referenced appeal. Appellant respectfully submits this letter to advise the Court that the Corporate Disclosure Statement contained in Appellant's brief, filed at ECF Docket Entry 25, does not belong in the brief as the Appellant is an individual. Appellant thus respectfully requests that the Corporate Disclosure Statement contained within the brief be disregarded, and that the Court nonetheless keep the current version of the brief. Appellant thanks this honorable Court for its time and attention to this appeal.

Dated: Jamaica, New York
    September 5, 2024       Respectfully submitted,
                  **SAGE LEGAL LLC**
                  <u> /s/ Emanuel Kataev, Esq. </u>
                  Emanuel Kataev, Esq.
                  18211 Jamaica Avenue
                  Jamaica, NY 11423-2327
                  (718) 412-2421 (office)
                  (917) 807-7819 (cellular)
                  (718) 489-4155 (facsimile)
                  emanuel@sagelegal.nyc

                  *Attorneys for Plaintiff-Appellant*
                  *Mikhail Meerovich*

<u>VIA ACMS</u>
Sitaris & Associates, PLLC
<u>Attn</u>: George Sitaris & Gerasimos D. Liberatos, Esqs.
200 Liberty Street, 27th Floor
New York, NY 10281-0006
george@sitaraslaw.com
liberatos@sitaraslaw.com

*Attorneys for Defendants-Appellees*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*