# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand twenty-five.

_____

Mikhail Meerovich,

      Plaintiff - Appellant,

  v.

Big Apple Institute, Inc., Bronislav Leydiker,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 24-1149

      Appellees move for leave to file a supplemental appendix.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

