

From the Desk of George Sitaras, Esq.
Managing Partner

Email: george@sitaraslaw.com
Bar Admissions: New York, New Jersey

May 2, 2025

<u>VIA CM/ECF</u>

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

    Re:    **MIKHAIL MEEROVICH v. BIG APPLE INSTITUTE, INC., BRONISLAV LEYDIKER**
           **24-1149-CV**

Dear Ms. Wolfe:

    We are counsel for the Defendants-Appellees, Big Apple Institute, Inc. and Bronislav Leydiker (together, the "Appellees") in the above-referenced appeal before the United States Court of Appeals for the Second Circuit. We write this letter pursuant to Rule 28(j) (*Citation of Supplemental Authorities*) of the Federal Rules of Appellate Procedure (the "FRAP") to present a significant decision by the New York Court of Appeals which was decided after the Appellees brief was filed.

    In that regard, the Appellees request this Court to consider the decision by the New York Court of Appeals in *Emily Wu v Uber Technologies, Inc.*, ___NY3d___, 2024 NY Slip Op 05869, *7 [2024]. The *Wu v. Uber* decision relates to the first prong (*i.e.*, reasonable communication) of the four-part inquiry used by the District Court to determine whether to grant Appellees motion to dismiss based on *forum non conveniens*.

    In accordance with FRAP 28(j), Appellees respectfully submit that while this issue of "inquiry notice" and "meeting of minds" was addressed in pages 12 and 13 of their Brief – which was dated November 7, 2024 – the *Wu v. Uber* decision was decided on November 25, 2024. The *Wu v. Uber* decision was also mentioned by the undersigned during the oral argument today and can be located at 10:50-11:28 min. of the audio recording of today's proceeding (as available in this Court's database of oral argument recordings).



Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
May 2, 2025
Page 2 of 2

   For the foregoing reasons, Appellees respectfully request this Court to consider the *Wu v. Uber* decision. We are grateful for your attention to this matter.

               Sincerely,

               George Sitaras

Copy to:
All Parties via CM/ECF